## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| LINDA CAROL WILCOX,<br>               Plaintiff,<br>v.<br>WALMART STORES, INC,<br>               Defendant. | Case No. 3:23-CV-00244-MMD-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF Nos. 9, 10] |

     Plaintiff filed two notices of deposition on the Docket. (ECF Nos. 9, 10.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. Ri. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

     **IT IS SO ORDERED.**

DATED: August 24, 2023

                                                                          **UNITED STATES MAGISTRATE JUDGE**