UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA CAROL WILCOX,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART STORES, INC,<br><br>　　　　　　　　Defendant. | Case No. 3:23-CV-00244-MMD-CLB<br><br>**ORDER TO FILE RESPONSIVE PLEADING** |

　　　This action was initiated on June 6, 2023, when the Defendant Walmart Stores, Inc. ("Walmart") filed a petition for removal. (ECF No. 1.) The same day, Walmart filed a Notice of Removal. (ECF No. 2.) Having reviewed both filings, it does not appear that Walmart filed a responsive pleading in the underlying state court action.

　　　Pursuant to Federal Rule of Civil Procedure 81(c), a defendant who did not answer before removal must answer or present other defenses or objections within 21 days of receiving the initial pleading or 7 days after notice of removal is filed. *See* Fed. R. Civ. P. 81(c)(2). To date, no answer or other responsive pleading has been filed in this action.

　　　Accordingly, Walmart shall have until **Thursday, September 14, 2023** to file an answer or responsive pleading in this action.

　　　**IT IS SO ORDERED.**

**DATED:** August 24, 2023.

_____
UNITED STATES MAGISTRATE JUDGE