Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq.  (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WALMART STORES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA CAROL WILCOX,<br><br>            Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., a Delaware corporation; DOE Employees 1-10; ROE Corporations 1-10, Inclusive,<br><br>            Defendants. | CASE NO.:  3:23-cv-00244-MMD-CLB<br><br>**Judge: Miranda M. Du**<br>**Magistrate Judge: Carla Baldwin**<br><br>**ORDER GRANTING**<br>**SUBSTITUTION OF COUNSEL** |

   Defendant WALMART STORES, INC. hereby substitutes attorneys, Kurt Bonds, Esq. of the law firm HALL EVANS, located at 1160 N Town Center Dr., Ste. 330, Las Vegas, Nevada 89144, in the above-entitled action, in place and stead of Elizabeth A. Skane, Esq. and Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, located at 1120 Town Center Dr., Ste. 200, Las Vegas, Nevada 89144.

DATED:  October   25  , 2023.          WALMART STORES, INC.


                                                                 By: _____
                                                                           S. Matthew Burgess

1

Attorney Elizabeth A. Skane, Esq. and Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, hereby consents to the substitution of Kurt Bonds, Esq. of the law firm HALL EVANS, as attorney of record for Defendant WALMART STORES, INC.

DATED: October 25th, 2023        SKANE MILLS LLP

By: _____
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com

Attorney Kurt Bonds, Esq. of the law firm HALL EVANS, hereby consent to act as the attorney of record for Defendant WALMART STORES, INC. in the above-referenced matter in the place and stead of Elizabeth A. Skane, Esq. and Elizabeth C. Spaur, Esq. of SKANE MILLS LLP.

DATED: October 25th, 2023        HALL EVANS

By: _____
Kurt Bonds, Esq. (Bar #6228)
bondsk@hallevans.com

## ORDER

**IT IS SO ORDERED.**
DATED: October 25, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2