**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*
*Walmart Inc.,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CAROL WILCOX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., a Delaware corporation; DOE Employees 1-10; ROE Corporations 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00244-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LINDA CAROL WILCOX, and Defendant, WALMART STORES, INC., by and through its respective counsel of record, that the claims asserted by Plaintiff, LINDA CAROL WILCOX, against Defendant, WALMART STORES, INC., be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

1                                                                KB/20147-95

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 4th day of September, 2024. | DATED this 21st day of August, 2024. |
| **HALL & EVANS, LLC.** | **RICHARD HARRIS LAW FIRM** |
| /s/ *Kurt R. Bonds* | /s/ *Jonathan Leavitt* |
| KURT R. BONDS, ESQ. | RICHARD HARRIS, ESQ. |
| Nevada Bar #6228 | Nevada Bar No. 505 |
| TANYA M. FRASER, ESQ. | JOHNATHAN LEAVITT, ESQ. |
| Nevada Bar #13872 | Nevada Bar No. 13172 |
| 1160 North Town Center Drive, Ste 330 | ROGER M. O'DONNELL, ESQ. |
| Las Vegas, Nevada 89144 | Nevada Bar No. 14593 |
| (702) 998-1022 | 6900 South McCarran Boulevard, Ste 1010 |
| nvefile@hallevans.com | Reno, Nevada 89509 |
| *Attorneys for Defendant Walmart Inc.* | *Attorneys for Plaintiff* |

### ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this 5th day of September 2024.

_____
Miranda M. Du, Chief U.S. District Judge

Respectfully submitted by:

HALL & EVANS, LLC

/s/ *Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendant*